UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

JAMES LEE BALLARD — 3564 AVALON PARK EAST BLVD
SUITE 1 — BOX 166
ORLANDO, FL 32828

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

v.

RYAN NAGEL,

_____,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☒ YES  ☐ NO

FILED 2023 MAY -4 PM 2: [illegible]
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: JAMES LEE BALLARD

   Address: 3564 AVALON PARK EAST BLVD
   SUITE 1 - BOX 166 -

   City, State, and Zip Code: ORLANDO, FL 32828

   Telephone: NONE (Home)   NONE (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: RYAN NAGEL

    Official Position: ASS. STATE ATTORNEY

    Employed at: STATE ATTORNEYS OFFICE

    Mailing Address: 120 WEST UNIVERSITY AVE
    GAINESVILLE, FL 32601

    ~~☒ Sued in Individual Capacity~~   ~~☒ Sued in Official Capacity~~

2. Defendant's Name: _____

    Official Position: _____

    Employed at: _____

    Mailing Address: _____

    ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

    *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

\* RYAN NAGEL WAS SERVED A FINAL NOTICE TO RESOLVE THESE MATTERS IN AN EFFORT TO AMICABLY RESOLVE THESE MATTERS WITHOUT THE NEED TO FILE THIS CASE, NAGEL HAS HOWEVER REFUSED AND FAILED TO RESPOND RESULTING IN THIS CASE FILING.

\* NAGEL WITH WILLFULL KNOWLEDGE AND

**Factual Allegations, Continued** *(Page 2 of 2)*

INTENTIONAL MALICE INTENT, CONDUCT WILLFUL ACTS OF CONSPIRACY, FRAUD, CRIMINAL ACTS, TO COVER UP HIS AND HIS CONSPIRATORIAL PARTNERS MASS CORRUPTION FOR PERSONAL GAIN.

* NAGEL'S DELIBERATE INTENTIONAL MISCONDUCT, HIS WILLFUL INTENTIONAL GROSS CULPABLE NEGLIGENCE, HIS CRIMINAL MISCHIEF IN HIS PARTICIPATION IN CRIMINAL ACTS AGAINST THIS PLAINTIFF (PURSUANT TO 18 USCA § 1512) TO INCLUDE THE PRODUCTION OF FRAUDULENT EVIDENCE AND THE ACTUAL THEFT, COMPROMISE, AND DESTRUCTION OF THIS PLAINTIFF'S EVIDENCE FOR THE SOLE PURPOSE OF IMPAIRING, HINDERING, HARMING, AND DAMAGING THIS PLAINTIFF AND HIS OPEN IN LITIGATION CASES AGAINST HIS CONSPIRATORIAL PARTNERS (BRIAN C. RODGERS, JOHN LYON BADING, JENNIFER M. ROWPER, EDGAR JONES III)

* THE PLAINTIFF HAS SUFFERED DEPRIVATION OF HIS CONSTITUTIONAL RIGHTS TO DUE PROCESS, ILLEGAL SEIZURE, WRONGFUL ARREST AND INCARCERATION, AND RIGHTS TO SPEEDY TRIAL AND HAS IN FACT BEEN EXTREMELY PREJUDICED AS A RESULT.

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

* INTENTIONAL MISCONDUCT TO CAUSE HARM + DAMAGES
* GROSS CULPABLE NEGLIGENCE
* RECKLESS CALLOUS DISREGARD TO THE PLAINTIFF'S FEDERALLY PROTECTED RIGHTS
* MALICIOUS ABUSE OF PROCESS
* ATTEMPTING MALICIOUS ABUSE OF PROSECUTION WRONGFULLY WITH FULL KNOWLEDGE AND AWARENESS OF ITS WRONGS.
* CONSPIRACY AND CRIMINAL ACTIONS CAUSING DAMAGES
* BREACH OF OATH OF OFFICE AND DUTY
* ABUSE OF PUBLIC POSITION AND PUBLIC OFFICE
* ETHICAL VIOLATIONS - BREACH OF TRUST
* VIOLATION OF RIGHTS TO DUE PROCESS AND SPEEDY TRIAL.

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

$12.5 MILLION DOLLARS - LOSS OF LIBERTY, INCOMES, CAREER, AND REPUTATION IN DAMAGES. DUE TO THE DEFENDANTS WILLFUL KNOWLEDGEABLE INTENTIONAL MISCONDUCTS, GROSS CULPABLE NEGLIGENCE, AND RECKLESS CALLOUS DISREGARD TO THE PLAINTIFF'S FEDERALLY PROTECTED RIGHTS THE DEFENDANT IS NOT ENTITLED TO ANY QUALIFIED IMMUNITY AND IS SUBJECT TO PUNITIVE DAMAGES ACCORDINGLY (PAEZ VS MILEY, TOWER VS GLOVER, STATE VS WADE) THE PLAINTIFF HAS SUFFERED LOSS OF LIBERTY, INCOMES, 30 YR CAREER, AND LIFELONG REPUTATION.

ClerkAdmin/Official/Forms                                                                 6

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 05/01/2023   Plaintiff's Signature: _____

Printed Name of Plaintiff: JAMES LEE BALLARD

Address: 3564 AVALON PARK EAST BLVD - SUITE 1
BOX 166 - ORLANDO, FL 32828

E-Mail Address: TO ESTABLISH - NONE AT PRESENT TIME

Telephone Number: __NONE AT PRESENT -__

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*