# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JAMES LEE BALLARD,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No: 6:23-cv-828-PGB-LHP**

**RYAN NAGEL,**

      **Defendant.**

_____

## ORDER

This case is before the Court upon review of the file. On July 27, 2023, the Court entered an Order dismissing Plaintiff's Complaint. (Doc 16). Plaintiff was given a deadline of August 10, 2023 to file an Amended Complaint and was warned that failure to comply with the deadline would result in dismissal of the case without further notice. Plaintiff has failed to file an Amended Complaint, and the time to do so has passed. Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** at Orlando, Florida, this 16th day of August, 2023.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party